IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM ELLIS WARE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:08-cv-607-TMH |
| | ) WO |
| BEN FULLER, CHILTON COUNTY | ) |
| CIRCUIT COURT, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #5) to the Recommendation of the Magistrate Judge filed on August 22, 2008 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #4) filed on August 14, 2008 is adopted;

3. The § 1983 claims presented against Judge Fuller are DISMISSED with prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i) and/or (iii).

4. Plaintiff's claims challenging events which occurred in or before May 2006 are DISMISSED with prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i) as plaintiff failed to file the complaint with regard to these allegations within the time prescribed by the applicable period of limitations.

5. Plaintiff's challenge to the constitutionality of a conviction and/or sentence

imposed upon him by the Circuit Court for Chilton County, Alabama, is DISMISSED without prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii) as such claim is not properly before the court at this time.

6. This complaint is DISMISSED prior to service of process.

DONE this _____9th_____ day of September, 2008.

_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE